GATES, O'DOHERTY, GONTER & GUY, LLP
15373 Innovation Drive, Suite 170
San Diego, California 92128-3427
Telephone: (858) 676-8600
Facsimile: (858) 676-8601

Attorney:   DOUGLAS D. GUY, ESQ. (SBN 117844)
            dguy@gogglaw.com

            NADINE M. SAYEGH, ESQ. (SBN 250651)
            n_sayegh@gogglaw.com

Attorneys for Defendant PORSCHE CARS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RINALDI, an individual, | CASE NO. 08CVU428 JAH NLS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| PORSCHE CARS NORTH AMERICA, INC., a corporation, and DOES 1 through 5, inclusive, | Judge<br>Department |
| Defendants. | Action Filed: February 5, 2008 |

To the CLERK:

Please enter the appearance of Nadine M. Sayegh as attorney of record for the United States in the above-referenced action.  Service of all papers should be addressed as follows:

> Nadine M. Sayegh
> Gates, O'Doherty, Gonter and Guy, LLP
> 15373 Innovation Drive
> Suite 170
> San Diego, CA  92128
> (858) 676-8600; (858) 676-8601 (Fax)
> n_sayegh@gogglaw.com

1

NOTICE OF APPEARANCE

1  Dated this 13th day of March 2008.  Respectfully submitted,
2
3                                      By:_____/s/_____
                                           DOUGLAS D. GUY, ESQ.
4                                          NADINE M. SAYEGH, ESQ.
                                           Attorneys for Defendant
5                                          PORSCHE CARS NORTH AMERICA, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE

<u>PROOF OF SERVICE – CCP §1013a(3)</u>

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 15373 Innovation Drive, Suite 170, San Diego, California 92128.

On March 13, 2008, I served the foregoing document described as **NOTICE OF APPEARANCE** on the interested parties in this action as set forth on the attached service list in the following manner:

(X)   **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure section 1013a. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )   **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure section 1013(e).

( )   **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure section 1011.  If required, said registered process server's original proof of personal service will be filed with the court immediately upon its receipt.

( )   **BY EXPRESS MAIL.**  I caused a true copy of said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure section 1013(c).

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 13, 2008, at San Diego, California.

_____/s/_____
JENNIFER LYNN SMITH

3

NOTICE OF APPEARANCE

RINALDI v. PORSCHE CARS NORTH AMERICA, INC.
USDC Southern District Court Case No.: 08CVU428 JAH NLS

SERVICE LIST

| | |
|---|---|
| Jonathan D. McCue, Esq.<br>Stephen P. Polapink, Esq.<br>Lemon Law Advocates<br>31938 Highway 79 South, Suite A-328<br>Temecula, CA  92592<br>(951)553-4986, Fax (951)302-5850 | Attorneys for Plaintiff<br>JOHN RINALDI, an individual |

**COUNSEL/PARTY SERVING THIS DOCUMENT:**

| | |
|---|---|
| DOUGLAS D. GUY, Esq.<br>NADINE M. SAYEGH, Esq.<br>GATES, O'DOHERTY, GONTER & GUY, LLP<br>15373 Innovation Drive, Suite 170<br>San Diego, CA  92128<br>(858) 676-8600, Fax (858) 676-8601 | Attorneys for Defendant<br>PORSCHE CARS OF NORTH<br>AMERICA, INC. |