1  Lemon Law Advocates
   Jonathan D. McCue (128896)
2  Stephen P. Polapink (177489)
   31938 Highway 79 South, Suite A-328
3  Temecula, CA 92592
4  (T) 951-553-4986
   (F) 951-302-5850
5
6  Attorneys for Plaintiff John Rinaldi

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9
   John Rinaldi, an individual,        CASE NO. 08CV0428 JAH NLS
10
              Plaintiff,                Notice of Motion and Motion for Remand
11
12 v.

13 Porsche Cars North America, Inc.,    Hearing Date: May 27, 2008
   a corporation; and DOES 1 through    Hearing Time: 2:30 p.m.
14 5, inclusive,                        Action Filed: February 5, 2008

15            Defendants
16
17
18
        PLEASE TAKE NOTICE THAT on May 27, 2008 at 2:30 p.m., or as soon
19
   thereafter as the Court may hear, in Courtroom 11, in front of the Honorable John A.
20
   Houston, Plaintiff John Rinaldi will, and hereby does, request that this Court grant
21
   Plaintiff's Motion for Remand.
22
        This motion for remand is based upon this Notice of Motion and Motion, the
23
   Points and Authorities filed in support thereof, the [Proposed] Order, and the file and
24

25              *Notice of Motion and Motion for Remand*
                              *1*

"VIA FAX"

FILED
08 APR 11 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1 | record of this matter.

Respectfully submitted.

DATE: April 11, 2008

LEMON LAW ADVOCATES
Jonathan D. McCue (128896)
Stephen P. Polapink (177489)

_____
Jonathan D. McCue
Stephen P. Polapink

*Notice of Motion and Motion for Remand*
2

## PROOF OF SERVICE

"VIA FAX"

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 31938 Highway 79 South, Suite A-328, Temecula, CA 92592.

On April 9, 2008, I served the foregoing documents described as:

Notice of Motion and Motion for Remand; Memorandum of Points and Authorities in Support of Motion for Remand; and [Proposed] Order.

By Mail, I placed true and correct copies of the foregoing documents in sealed envelopes addressed as stated on the attached service list. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service on that same day and in the ordinary course of business.

Executed this 11th day of April 2008 at Temecula, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Stephen P. Polapink

## SERVICE LIST

**A.    CASE**

<u>John Rinaldi, an individual v. Porsche Cars North America, Inc., a corporation, and DOES 1 through 5, inclusive.</u>
United States District Court Southern District of California
Case number 08CVU0428 JAH NLS

**B.    DEFENSE COUNSEL**

<u>Attorneys for Defendant Porsche Cars North America, Inc.</u>
Nadine M. Sayegh (250651)
Gates, O'Doherty, Gonter and Guy, LLP
15373 Innovation Drive, Suite 170
San Diego, California 92128
Tel.: (858) 676-8600
Fax: (858) 676-8601
E-mail: nsayegh@gogglaw.com