```
1   Lemon Law Advocates
    Jonathan D. McCue (128896)
2   Stephen P. Polapink (177489)
    31938 Highway 79 South, Suite A-328
3   Temecula, CA 92592
4   (T) 951-553-4986
    (F) 951-302-5850
5
    Attorneys for Plaintiff John Rinaldi
6
```

FILED
08 APR 11 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

"VIA FAX"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Rinaldi, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Porsche Cars North America, Inc., a corporation; and DOES 1 through 5, inclusive,<br><br>Defendants | CASE NO. 08CV0428 JAH NLS<br><br>Points and Authorities in Support of Plaintiff's Motion for Remand<br><br>Hearing Date: May 27, 2008<br>Hearing Time: 2:30 p.m.<br>Action Filed: February 5, 2008 |

Plaintiff John Rinaldi ("plaintiff") respectfully submits these Points and Authorities in support of his Motion to remand this case to the Superior Court of the State of California, County of San Diego, North County Division (before the Honorable Robert P. Dahlquist) because the state court claim (for restitution pursuant to California's Song-Beverly Warranty Act, Civil Code §§ 1790 et seq.) predominates.

*Points & Authorities in Support of Plaintiff's Motion for Remand*
1

## SUMMARY

On, or about, April 26, 2007, Plaintiff purchased a 2003 Porsche from Lexus Kearny Mesa.

The vehicle was purchased within, and the nonconformities began during, the manufacturer's, defendant Porsche Cars North America, Inc.'s, factory warranty period.

Soon after purchase, Plaintiff experienced continuing nonconformities with the vehicle, including, but not limited to, the following: difficulty getting into second gear; popping out of gear; defective first and second gear synchronizer; defective dog teeth; static noise from radio; abnormal clunking/clacking noise from rear of vehicle; intermediate shaft bearing cage failure; intermediate shaft bearing missing bearings; defective flange bearing; vehicle not starting; engine clunking when not starting; engine consuming too much oil; vehicle not starting; and a broken trip switch.

Despite confirmation of the nonconformities and repeated repair attempts, defendant has been unable to correct the nonconformities. These nonconformities substantially impair the use, value and/or safety of the vehicle. Accordingly, under California law, Plaintiff is entitled to the restitution sought in his state court complaint.

Plaintiff and his attorneys attempted, in good faith, to resolve this matter directly with defendant Porsche Cars North America, Inc. until Porsche Cars North America, Inc., without explanation, stopped responding to such efforts. In fact, plaintiff had been offered $3,000.00 to settle this claim before seeking representation. Defendant Porsche Cars North America, Inc. never reiterated this offer, nor explained its withdrawal.

## LEGAL AUTHORITY

The State Court claim for relief pursuant to California's Song-Beverly Consumer Warranty Act, Civil Code §§1790 et seq. predominates over plaintiff's federal claim.

*Points & Authorities in Support of Plaintiff's Motion for Remand*
2

1    Federal law recognizes that state court claims can, and do, predominate over
2    certain federal claims; and, as such, the federal court may decline to exercise supplemental
3    jurisdiction. 23 U.S.C. §1367(c). Indeed, here, plaintiff's prayer for relief seeks the same
4    remedies provided for under California's Song-Beverly Consumer Warranty Act. And,
5    there is no exclusive federal prayer made.[1]

6                                    CONCLUSION

7    Plaintiff's action is a straightforward California lemon law claim filed after
8    defendant's refusal to entertain any reasonable pre-litigation settlement negotiations, and
9    after withdrawing its initial settlement offer. For these reasons, the complaint should be
10   remanded to state court.

11
12   DATE: April 11, 2008           LEMON LAW ADVOCATES
                                    Jonathan D. McCue (128896)
13                                  Stephen P. Polapink (177489)
14
15                                  _____
                                    Jonathan D. McCue
16                                  Stephen P. Polapink
17
18
19
20
21
22
23

---

[1] If necessary, plaintiff is willing voluntarily to dismiss his federal claim in order to accommodate everyone's interests.

*Points & Authorities in Support of Plaintiff's Motion for Remand*
3