GATES, O'DOHERTY, GONTER & GUY, LLP
15373 Innovation Drive, Suite 170
San Diego, California 92128-3427
Telephone: (858) 676-8600
Facsimile: (858) 676-8601

Attorney:    DOUGLAS D. GUY, ESQ. (SBN 117844)
             dguy@gogglaw.com

             NADINE M. SAYEGH, ESQ. (SBN 250651)
             n_sayegh@gogglaw.com

Attorneys for Defendant PORSCHE CARS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RINALDI, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a corporation, and DOES 1 through 5, inclusive,<br><br>　　　　Defendants. | CASE NO. 08CVU428 JAH NLS<br><br>**STIPULATION RE DISMISSAL OF MAG-MOSS CAUSE OF ACTION AND AGREEMENT TO REMAND BACK TO STATE COURT**<br><br>Judge<br>Department<br><br>Action Filed: February 5, 2008 |

　　　It is hereby stipulated, by and between the parties hereto, through their respective attorneys of record, as follows:

　　　1.    The allegations pertaining to the Magnuson-Moss Causes of Action brought by plaintiff John Rinaldi in the above-entitled matter are hereby dismissed and will not be sought in this lawsuit against defendant PORSCHE CARS NORTH AMERICA, INC.

///

///

1

STIPULATION RE DISMISSAL OF MAG-MOSS CAUSES OF ACTION

2. In consideration of this stipulation, defendant Porsche Cars North America, Inc. has agreed to remand this action back to State Court.

Dated: April 24, 2008          GATES, O'DOHERTY, GONTER & GUY, LLP

                               By: _____
                                   DOUGLAS D. GUY, ESQ.
                                   Attorneys for Defendant
                                   PORSCHE CARS NORTH AMERICA, INC.


Dated: April 24, 2008          LEMON LAW ADVOCATES

                               By: _____
                                   Jonathan D. McCue, Esq.
                                   Stephen P. Polapink, Esq.
                                   Attorneys for Plaintiff, JOHN RINALDI,
                                   an individual

STIPULATION RE DISMISSAL OF MAG-MOSS CAUSES OF ACTION