# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RINALDI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a corporation, and DOES 1 through 5, inclusive,<br><br>    Defendants. | Case No.: 08cv428 JAH (NLS)<br><br>**ORDER DISMISSING MAGNUSON-MOSS CAUSE OF ACTION AND REMANDING TO STATE COURT** |

On April 24, 2008, the parties filed a Joint Stipulation to dismiss the Magnuson-Moss cause of action and agreement to remand back to state court.

Good cause having been shown the Joint Motion is GRANTED. Accordingly, IT IS HEREBY ORDERED that the Magnuson-Moss cause of action is DISMISSED and the case is REMANDED to the state court.

Dated: April 25, 2008

_____
HONORABLE JOHN A. HOUSTON
US DISTRICT COURT JUDGE