

Jonathan D McCue
McCue and McCue
600 West Broadway
Suite 2880
San Diego, CA 92101

08CV428 - JAH (NLS)

TED STATES DISTRICT COURT
OUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
AN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

JAH



049J82045259
$00.750
04/16/2008
Mailed From 92132
US POSTAGE

NIXIE    921    5E 1    72 04/18/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 92101892965    *1377-02489-18-26

9210108929



Jonathan D McCue
McCue and McCue
600 West Broadway
Suite 2880
San Diego, CA 92101

08CV428 - JAH (NLS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

JAH



049J82045259
$00.750
04/16/2008
Mailed From 92132
US POSTAGE

NIXIE       921    5E  1        72 04/16/08
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC:  9210189296S       *1377-02489-18-25

9210108929

## Motions

3:08-cv-00428-JAH-NLS Rinaldi v. Porsche Cars North America, Inc et al

### U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 4/16/2008 at 10:10 AM PDT and filed on 4/11/2008
**Case Name:** Rinaldi v. Porsche Cars North America, Inc et al
**Case Number:** 3:08-cv-428
**Filer:** John Rinaldi
**Document Number:** 7

**Docket Text:**
**MOTION to Remand by John Rinaldi. (Attachments: # (1) Memo of Points and Authorities)(jpp)**

**3:08-cv-428 Notice has been electronically mailed to:**

Douglas Dawson Guy  dguy@gogglaw.com

Nadine M. Sayegh  nsayegh@gogglaw.com, jsmith@gogglaw.com

**3:08-cv-428 Notice has been delivered by other means to:**

Jonathan D McCue
McCue and McCue
600 West Broadway
Suite 2880
San Diego, CA 92101

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/16/2008] [FileNumber=2539731-0
] [68352b7fdd26fa2135109ea54c4a64ba2713772f7468e951aadc810bc69d5fdad5b
579fbb17cf993276421e93ed3f904203038eac6de05d9c8b20f7865e62fd4]]
**Document description:** Memo of Points and Authorities
**Original filename:** n/a

```
1  Lemon Law Advocates
   Jonathan D. McCue (128896)
2  Stephen P. Polapink (177489)
   31938 Highway 79 South, Suite A-328
3  Temecula, CA 92592
4  (T) 951-553-4986
   (F) 951-302-5850
5
6  Attorneys for Plaintiff John Rinaldi
```

FILED
08 APR 11 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Rinaldi, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Porsche Cars North America, Inc., a corporation; and DOES 1 through 5, inclusive,<br><br>Defendants | CASE NO. 08CV0428 JAH NLS<br><br>Notice of Motion and Motion for Remand<br><br>Hearing Date: May 27, 2008<br>Hearing Time: 2:30 p.m.<br>Action Filed: February 5, 2008 |

"VIA FAX"

PLEASE TAKE NOTICE THAT on May 27, 2008 at 2:30 p.m., or as soon thereafter as the Court may hear, in Courtroom 11, in front of the Honorable John A. Houston, Plaintiff John Rinaldi will, and hereby does, request that this Court grant Plaintiff's Motion for Remand.

This motion for remand is based upon this Notice of Motion and Motion, the Points and Authorities filed in support thereof, the [Proposed] Order, and the file and

*Notice of Motion and Motion for Remand*
*1*

1  record of this matter.

2

3  Respectfully submitted.

4  DATE: April 11, 2008

                               LEMON LAW ADVOCATES
                               Jonathan D. McCue (128896)
                               Stephen P. Polapink (177489)

                               _____
                               Jonathan D. McCue
                               Stephen P. Polapink

*Notice of Motion and Motion for Remand*
2

## PROOF OF SERVICE           "VIA FAX"

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 31938 Highway 79 South, Suite A-328, Temecula, CA 92592.

On April 9, 2008, I served the foregoing documents described as:

Notice of Motion and Motion for Remand; Memorandum of Points and Authorities in Support of Motion for Remand; and [Proposed] Order.

By Mail, I placed true and correct copies of the foregoing documents in sealed envelopes addressed as stated on the attached service list. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service on that same day and in the ordinary course of business.

Executed this 11th day of April 2008 at Temecula, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Stephen P. Polapink

## SERVICE LIST

**A.  CASE**

<u>John Rinaldi, an individual v. Porsche Cars North America, Inc., a corporation, and DOES 1 through 5, inclusive.</u>
United States District Court Southern District of California
Case number 08CVU0428 JAH NLS

**B.  DEFENSE COUNSEL**

<u>Attorneys for Defendant Porsche Cars North America, Inc.</u>
Nadine M. Sayegh (250651)
Gates, O'Doherty, Gonter and Guy, LLP
15373 Innovation Drive, Suite 170
San Diego, California 92128
Tel.: (858) 676-8600
Fax: (858) 676-8601
E-mail: nsayegh@gogglaw.com

1  Lemon Law Advocates
2  Jonathan D. McCue (128896)
   Stephen P. Polapink (177489)
3  31938 Highway 79 South, Suite A-328
   Temecula, CA 92592
4  (T) 951-553-4986
   (F) 951-302-5850
5
6  Attorneys for Plaintiff John Rinaldi

FILED
08 APR 11 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

"VIA FAX"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Rinaldi, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Porsche Cars North America, Inc., a corporation; and DOES 1 through 5, inclusive,<br><br>Defendants | CASE NO. 08CVU428 JAH NLS<br><br>Points and Authorities in Support of Plaintiff's Motion for Remand<br><br>Hearing Date: May 27, 2008<br>Hearing Time: 2:30 p.m.<br>Action Filed: February 5, 2008 |

Plaintiff John Rinaldi ("plaintiff") respectfully submits these Points and Authorities in support of his Motion to remand this case to the Superior Court of the State of California, County of San Diego, North County Division (before the Honorable Robert P. Dahlquist) because the state court claim (for restitution pursuant to California's Song-Beverly Warranty Act, Civil Code §§ 1790 et seq.) predominates.

*Points & Authorities in Support of Plaintiff's Motion for Remand*
*1*

## SUMMARY

On, or about, April 26, 2007, Plaintiff purchased a 2003 Porsche from Lexus Kearny Mesa.

The vehicle was purchased within, and the nonconformities began during, the manufacturer's, defendant Porsche Cars North America, Inc.'s, factory warranty period.

Soon after purchase, Plaintiff experienced continuing nonconformities with the vehicle, including, but not limited to, the following: difficulty getting into second gear; popping out of gear; defective first and second gear synchronizer; defective dog teeth; static noise from radio; abnormal clunking/clacking noise from rear of vehicle; intermediate shaft bearing cage failure; intermediate shaft bearing missing bearings; defective flange bearing; vehicle not starting; engine clunking when not starting; engine consuming too much oil; vehicle not starting; and a broken trip switch.

Despite confirmation of the nonconformities and repeated repair attempts, defendant has been unable to correct the nonconformities. These nonconformities substantially impair the use, value and/or safety of the vehicle. Accordingly, under California law, Plaintiff is entitled to the restitution sought in his state court complaint.

Plaintiff and his attorneys attempted, in good faith, to resolve this matter directly with defendant Porsche Cars North America, Inc. until Porsche Cars North America, Inc., without explanation, stopped responding to such efforts. In fact, plaintiff had been offered $3,000.00 to settle this claim before seeking representation. Defendant Porsche Cars North America, Inc. never reiterated this offer, nor explained its withdrawal.

## LEGAL AUTHORITY

The State Court claim for relief pursuant to California's Song-Beverly Consumer Warranty Act, Civil Code §§1790 et seq. predominates over plaintiff's federal claim.

*Points & Authorities in Support of Plaintiff's Motion for Remand*
2

Federal law recognizes that state court claims can, and do, predominate over certain federal claims; and, as such, the federal court may decline to exercise supplemental jurisdiction. 23 U.S.C. §1367(c). Indeed, here, plaintiff's prayer for relief seeks the same remedies provided for under California's Song-Beverly Consumer Warranty Act. And, there is no exclusive federal prayer made.[1]

## CONCLUSION

Plaintiff's action is a straightforward California lemon law claim filed after defendant's refusal to entertain any reasonable pre-litigation settlement negotiations, and after withdrawing its initial settlement offer. For these reasons, the complaint should be remanded to state court.

DATE: April 11, 2008

LEMON LAW ADVOCATES
Jonathan D. McCue (128896)
Stephen P. Polapink (177489)

_____
Jonathan D. McCue
Stephen P. Polapink

---

[1] If necessary, plaintiff is willing voluntarily to dismiss his federal claim in order to accommodate everyone's interests.

*Points & Authorities in Support of Plaintiff's Motion for Remand*
3

# Notices

3:08-cv-00428-JAH-NLS Rinaldi v. Porsche Cars North America, Inc et al

## U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 4/16/2008 at 10:13 AM PDT and filed on 4/11/2008
**Case Name:** Rinaldi v. Porsche Cars North America, Inc et al
**Case Number:** 3:08-cv-428
**Filer:** John Rinaldi
**Document Number:** 8

**Docket Text:**
NOTICE of Non-Compliance with Local Rule 5.4(a) Mandatory Electronic Filing re [7] MOTION to Remand (jpp)

**3:08-cv-428 Notice has been electronically mailed to:**

Douglas Dawson Guy   dguy@gogglaw.com

Nadine M. Sayegh   nsayegh@gogglaw.com, jsmith@gogglaw.com

**3:08-cv-428 Notice has been delivered by other means to:**

Jonathan D McCue
McCue and McCue
600 West Broadway
Suite 2880
San Diego, CA 92101

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/16/2008] [FileNumber=2539753-0
] [a6236a24440d4ad63d22bfd764ac47db7e51b85d68d7a3a14faddd9e60da1d1825e
322fda8a46e6387db5febfbd11cf1f2f955c2c1559716aba667b09fe6aaab]]

FILED
08 APR 11 PM 3:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rinaldi<br><br>        Plaintiff<br><br>vs<br><br>Porshce Cars North America, et al.<br>        Defendant | Case Number: 08cv428<br><br>**NOTICE OF NONCOMPLIANCE WITH LOCAL RULE 5.4(a) MANDATORY ELECTRONIC FILING** |

Document Submitted: Notice of Motion

Filed by Attorney: John McCue

The document(s) listed above were not submitted electronically and therefore do not comply with Local Rule 5.4(a).

L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents required to be filed with the court by a registered user in connection with a case assigned to the Electronic Filing System shall be electronically filed.

A copy of this notice has been provided to counsel of record for this party.

**\*\*Counsel must register for CM/ECF on the court's web site, www.casd.uscourts.gov, within 5 business days of receipt of this notice.**

Please take notice, further documents submitted that do not comply with this rule will be submitted to the Court on a discrepancy order.

Date: 4/11/08

                                            W. Samuel Hamrick, Clerk of Court

                                            By, /s/ JP Deputy Clerk